# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00039-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JASON STAMEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Information Pursuant to 21 U.S.C. § 851 [Doc. 29].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 29] is **GRANTED**, and the Information filed by the Government pursuant to 21 U.S.C. § 851 in the above-captioned case is hereby **DISMISSED**.

IT IS SO ORDERED.

Signed: November 9, 2018

Martin Reidinger
United States District Judge